# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

ERIC WESTRY,
    *Plaintiff*,

v.

ADRIAN SANCHEZ, et al.,
    *Defendants*.

No. 3:22cv686 (MPS)

## ORDER ON MOTION TO AMEND

Plaintiff Eric Westry, who is self-represented, commenced this action under 42 U.S.C. § 1983 against the City of Waterbury and various police officers. ECF No. 1. Magistrate Judge Richardson reviewed the complaint under 28 U.S.C. § 1915(e)(2)(B) and granted Westry's motion to proceed *in forma pauperis* based on his financial information. Westry thereafter filed various amended complaints, which the Court reviewed for legal sufficiency under 28 U.S.C. § 1915(e)(2)(B)(ii). On November 27, 2023, the Court issued an Initial Review Order as to the Westry's Third Amended Complaint. ECF No. 16. Before service was made, Westry filed a motion to amend. ECF No. 20. In the proposed amended complaint, Westry seeks to add as a defendant Officer Rose, who he alleges used excessive force against him.

The Court GRANTS Plaintiff's Motion to Amend his complaint. ECF No. 20. Westry is advised, however, that the Court will not allow any further amendment absent a showing of good cause.

Therefore, the case shall proceed on the following claims:

(1) a Fourteenth Amendment claim against Officers Quicquero, Adrian Sanchez, and Anthony Andersen for deliberate indifference to serious medical needs;

(2) a Fourth Amendment excessive force claim against Krauter and Rose; and

(3) a Fourth Amendment unlawful entry claim against Ahearn.

2

The Clerk shall provide plaintiff with the service packets to be completed, so that the process of service on the defendants (by waiver or, if necessary, by formal service) can begin.

A separate case management order will issue once counsel for defendant(s) files an appearance in this matter.

IT IS SO ORDERED.

/s/
Michael P. Shea, U.S.D.J.

Dated: Hartford, Connecticut
February 22, 2024